BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2727

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SURJIT SINGH,<br>RAJESHWAR SINGH, and<br>ANITA SHARMA,<br><br>Defendants, | CASE NO.  2:13-CR-0084 TLN<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |

IT IS HEREBY STIPULATED AND AGREED among the parties that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendants are charged with defrauding lending institutions by engaging in a fraudulent mortgage loan scheme and monetary transactions.

The parties agree that discovery in this case contains "Protected Information," which is defined here as including individuals' names, social security numbers, driver's license numbers, bank account numbers, financial account numbers, dates of birth, addresses, telephone numbers, and email addresses.  The Protective Order signed in this case extends to all documents provided, including those concerning conduct not directly charged in the Indictment.

By signing this Stipulation, defense counsel agrees that the Protected Information is being entrusted to counsel only for the purposes of representing his respective defendant in this

criminal case.  Counsel for the defendants may make copies of discovery containing Protected Information.  However, defense counsel agree not to share any documents that contain Protected Information with anyone other than their designated defense investigators, experts, and support staff.   Defense counsel may permit the defendants to review the Protected Information and be aware of its contents, but defendants shall not be given control of the Protected Information or be provided any copies of the Protected Information which has not been redacted.  Any person receiving Protected Information or a copy of the Protected Information  from counsel for the defendants shall be bound by the same obligations as counsel and further may not give the Protected Information to anyone (except that the protected documents shall be returned to counsel).

In addition and notwithstanding the foregoing, after the trial date has been confirmed in this case, counsel, staff and/or the investigator for the defendants may make copies of the Protected Information for trial preparation and presentation.  Any copies must, however, remain in the possession of counsel, investigator, staff, expert or the Court.

In the event that a defendant substitutes counsel, undersigned defense counsel agrees to withhold these documents from new counsel unless and until substituted counsel agrees also to be bound by this order.

DATE: April 10, 2013         /s/  Lee S. Bickley for
                              DWIGHT SAMUEL
                              Attorney for Surjit Singh

DATE:  April 10, 2013         /s/ Lee S. Bickley for
                              ERIK GLEN BABCOCK
                              Attorney for Rajeshwar Singh

DATE: April 10, 2013          /s/ Lee S. Bickley for
                              MICHAEL L. CHASTAINE
                              Attorney for Anita Sharma

////
////
////
////

Stipulation and Proposed Protective Order

2

1  DATE: April 10, 2013                              BENJAMIN B. WAGNER
2                                                    United States Attorney
3
4                                    By:      /s/ Lee S. Bickley
                                             LEE S. BICKLEY
5                                            Assistant U.S. Attorney
6
7     **IT IS SO ORDERED**:
8     DATED: April 11, 2013.
9                                             EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28