COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
SURJIT SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-CR-00084-TLN |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE |
| vs. | |
| SURJIT SINGH, et al., | |
| Defendants. | |

**STIPULATION**

Colin L. Cooper, attorney for Surjit Singh, Michael Chastaine, attorney for Anita Sharma, Erik Babcock, attorney for Rajeshwar Singh and Lee Bickley, attorney for the United States of America, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 12, 2013.

2. By this stipulation, defendants now move to continue the status conference until December 5, 2013, at 9:30 a.m., and to exclude time between September 12, 2013, and December 5, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

1

      a)    All defense counsel desires additional time to review the discovery which is over 6,000 pages and conduct further investigation.  Additionally, Surjit Singh has just hired new counsel and Mr. Singh's counsel needs a substantial amount of time to review the discovery, conduct any investigation that is required and determine if any motions need to be filed.

      b)    Counsel for all defendants believe that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)    The government does not object to the continuance.

      d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 12, 2013 to December 5, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 10, 2013                          _____/s/_____
                                                                  COLIN L. COOPER
                                                                  Attorney for Defendant Surjit Singh

DATED: September 10, 2013        _____/s/_____
MICHAEL CHASTAINE
Attorney for Defendant Anita Sharma

DATED: September 10, 2013        _____/s/_____
ERIK BABCOCK
Attorney for Defendant Rajeshwar Singh

United States Attorney

DATED: September 10, 2013        _____/s/_____
LEE BICKLEY
Assistant United States Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 10th day of September, 2013

_____
Troy L. Nunley
United States District Judge