COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California  94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
SURJIT SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 13-CR-00084-TLN |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) CONTINUANCE |
| vs. | ) |
| | ) |
| SURJIT SINGH, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

**STIPULATION**

Colin L. Cooper, attorney for Surjit Singh, Michael Chastaine, attorney for Anita Sharma,

Erik Babcock, attorney for Rajeshwar Singh and Jared Dolan, attorney for the United States of

America, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 22, 2015.

2.      By this stipulation, defendants now move to continue the status conference until

March 26, 2015, and to exclude time between January 22, 2015 and March 26, 2015, under

Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Colin L. Cooper desires additional time to review the discovery, conduct Investigation and consult with his client.

b)      Michael Chastaine is currently in trial and will be until the end of February.

c)      Erik Babcock is scheduled to be in trial at the end of February and the first part of March.

d)      Counsel for all defendants believe that the failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 22, 2015 to March 26, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 16, 2015               _____/s/_____
                                      COLIN L. COOPER
                                      Attorney for Defendant Surjit Singh

DATED: January 16, 2015                         _____/s/_____
                                                MICHAEL CHASTAINE
                                                Attorney for Defendant Anita Sharma


DATED: January 16, 2015                         _____/s/_____
                                                ERIK BABCOCK
                                                Attorney for Defendant Rajeshwar Singh
                                                United States Attorney

DATED: January 16, 2015                         _____/s/_____
                                                JARED DOLAN
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-CR-00084-TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SURJIT SINGH, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons stated above, the Court sets Thursday, March 26, 2015, at the hour of 9:30 a.m. as the date for the status conference.  The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial for the periods from January 22, 2015, to March 26, 2015, *See* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: January 20, 2015

Troy L. Nunley
United States District Judge

4