ERIK BABCOCK
717 Washington St., 2d Floor
Oakland CA 94607
510-452-8400 T
510-452-8405 F
erik@babcocklawoffice.com

Attorney for Defendant
RAJESHWAR SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO 2:13-CR-00084-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SURJIT SINGH, RAJESHWAR SINGH, ANITA SHARMA, | DATE: March 26, 2015 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on March 26, 2015.

2.      By this stipulation, defendants now move to continue the status conference until April 30, 2015, and to exclude time between March 26, 2015 and April 30, 2015 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      Counsel for defendant Rajeshwar Singh has a conflict and is not available to appear on March 26, 2015 because he is counsel of record and needs to appear that same day in the U.S. District Court for the Northern District in United States v. Leong et al, N.D. Cal. No. 15-00127 WHO, a 17 defendant case recently indicted which alleges numerous drug distribution and related conspiracy charges.  Counsel for defendants are also requesting and need more time in which to conduct plea negotiations in this case.  These negotiations will require additional preparation time, including time to consult with the defendants and conduct additional

1    investigation based on discovery provided by the government.  The next date at which all

2    counsel are available to appear in this case is April 30, 2015.

3         b.    Counsel for defendants believe that failure to grant the above-requested

4    continuance would deny counsel the reasonable time necessary for effective preparation, taking

5    into account the exercise of due diligence, and continuity of counsel.

6         c.    The government does not object to the continuance.

7         d.    Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendants in a trial within the

9    original date prescribed by the Speedy Trial Act.

10        e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of March 26, 2015 to April 30, 2015,

12   2014 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13   T4] because it results from a continuance granted by the Court at defendants' request on the basis

14   of the Court's finding that the ends of justice served by taking such action outweigh the best

15   interest of the public and the defendants in a speedy trial.

16   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

17   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18   must commence.

19        IT IS SO STIPULATED.

20

21   Dated:  March 20, 2015                    BENJAMIN B. WAGNER
                                               United States Attorney
22

23                                            /s/ JARED DOLAN
                                              JARED DOLAN
24                                            Assistant United States Attorney

25   Dated: March 20, 2015              By:   /s/
26                                            MICHAEL CHASTAINE
27                                            Attorney for Anita Sharma

28

1

Dated: March 20, 2015        By:     /s/ _____

2

                                         COLIN COOPER
                                         Attorney for Surjit Singh

3

Dated: March 20, 2015         By:     /s/ _____

4

                                         ERIK BABCOCK
                                         Attorney for Rajeshwar Singh

5

6

7

8

9

**FINDINGS AND ORDER**

10

11

IT IS SO FOUND AND ORDERED this 23rd day of March, 2015

12

13

14

15

16

_____

Troy L. Nunley
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28