ERIK BABCOCK
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland Ca 94607
Telephone (510) 452-8400
Fax (510) 452-8405
erik@babcocklawoffice.com

Attorneys for Defendant
RAJESHWAR SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 13-CR-00084-TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | CONTINUANCE |
| vs. ) | |
| ) | |
| SURJIT SINGH, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**STIPULATION**

Erik Babcock, attorney for Rajeshwar Singh, Colin L. Cooper, attorney for Surjit Singh, Michael Chastaine, attorney for Anita Sharma, and Jared Dolan, attorney for the United States of America, hereby stipulate as follows:

1.  By previous order, this matter was set for status on August 13, 2015.

2.  By this stipulation, defendant now moves to continue the status conference until October 8, and to exclude time between August 13, 2015 and October 8, 2015, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a) Erik Babcock desires additional time to review the discovery, conduct

1

Investigation and consult with his client.  Counsel also desires additional time to meet with the prosecution and determine if this case can be resolved with a negotiated disposition.  In addition, Mr. Babcock is unavailable for the status conference set on August 13, 2015 as he is scheduled to be on a family vacation.

        b)       Counsel for all defendants believe that the failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)       The government does not object to the continuance.

        d)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        e)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 30, 2015 to June 11, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: August 10, 2015                                _____/s/_____
                                                                       COLIN L. COOPER
                                                                       Attorney for Defendant Surjit Singh

DATED: August 10, 2015                                _____/s/_____
                                                                       MICHAEL CHASTAINE

Attorney for Defendant Anita Sharma

DATED: August 10, 2015                             _____/s/_____
                                                   ERIK BABCOCK
                                                   Attorney for Defendant Rajeshwar Singh
                                                   United States Attorney


DATED: August 10, 2015                             _____/s/_____
                                                   JARED DOLAN
                                                   Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-CR-00084-TLN |
| Plaintiff, | ) | |
| vs. | ) | |
| SURJIT SINGH, et al, | ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons stated above, the Court sets Thursday, October 8, 2015 at the hour of 9:30 a.m. as the date for the status conference.  The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial for the periods from August 13, 2015 to October 8, 2015, s*ee* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  *See* 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: August 10, 2015

_____
Troy L. Nunley
United States District Judge