| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| | KRISTY M. KELLOGG, #271250 |
| 2 | Law Office of Thomas A. Johnson |
| 3 | 400 Capitol Mall, Suite 1620 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 442-4022 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00084-GEB |
| Plaintiff, | DEFENDANT'S ORDER FOR SUBSTITUTION OF COUNSEL |
| vs. | |
| SURJIT SINGH, | |
| Defendant. | |

Pursuant to Local Rule 182(g), and Federal Rules of Civil Procedure, Rule 83, Defendant, SURJIT SINGH, requests this Court to relieve COLIN L. COOPER and substitute and appoint as the attorney of record THOMAS A. JOHNSON, Law Office of Thomas A. Johnson, 400 Capitol Mall, Suite 1620, California, 95814, (916) 442 – 4022.

Mr. Singh consents to this substitution.

DATED: January 12, 2018
/s/ Surjit Singh
SURJIT SINGH
Defendant

1

Thomas A. Johnson consents to this substitution.

DATED: January 12, 2018 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Surjit Singh

Colin L. Cooper consents to this substitution and requests to be relieved as the attorney of record.

DATED: January 12, 2018 /s/ Colin L. Cooper
COLIN L. COOPER
Former attorney of Surjit Singh

**IT IS SO ORDERED.**

Dated: January 12, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE