McGREGOR W. SCOTT
United States Attorney
LEE S. BICKLEY
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>    v.<br><br>SURJIT SING, et. al.,<br><br>                     Defendants. | CASE NO. 2:13-CR-00084 GEB<br><br>STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER<br><br>DATE: January 26, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.   By previous order, this matter was set for sentencing of all defendants on January 26, 2018. Given the amount of discovery in this case, the number of witnesses and exhibits at the trial, and that defendants Rajeshwar Singh and Surjit Singh have replaced counsel, the Probation Department has yet to issue Pre-Sentence Reports for any of the defendants.

2.   By this stipulation, defendants and plaintiff now move to continue the sentencing date for all defendants until April 27, 2018, and adopt the following disclosure schedule for the Pre-Sentence Reports. The Probation Department has approved this schedule.

3.   The parties agree and stipulate, and request that the Court adopt the following schedule:

    a)   Judgment and Sentencing Date: April 27, 2018;

    b)   Reply or Statement of No Opposition: April 20, 2018;

    c)   Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court

and Served on the Probation Officer and Opposing Counsel no Later Than: April 13, 2018;

  d)  The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: April 6, 2018;

  e)  Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: March 30, 2018; and

  f)  The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: March 15, 2018.

IT IS SO STIPULATED.

Dated: January 22, 2018    McGREGOR W. SCOTT
            United States Attorney

            /s/ LEE S. BICKLEY
            LEE S. BICKLEY
            Assistant United States Attorney

Dated: January 22, 2018    /s/ CHARLES WOODSON
            CHARLES WOODSON
            Counsel for Defendant
            ANITA SHARMA

Dated: January 22, 2018    /s/ PATRICK K. HANLY
            PATRICK K. HANLY
            Counsel for Defendant
            RAJESHWAR SINGH

Dated: January 22, 2018    /s/ THOMAS A. JOHNSON
            THOMAS A. JOHNSON
            Counsel for Defendant
            SURJIT SINGH

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 23, 2018

            GARLAND E. BURRELL, JR.
            Senior United States District Judge