THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SURJIT SINGH,

    Defendant.

Case No.: 2:13-cr-00084-GEB

STIPULATION AND ORDER FOR CONTINUANCE OF BAIL REVIEW

Date: 2/9/18
Time: 2:00 p.m.
Judge: Hon. Kendall J. Newman

## **STIPULATION**

The United States of America through its undersigned counsel, Lee Bickley, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Surjit Singh, hereby stipulate the following:

1. This matter was calendared for a Bail Review Motion on February 9, 2018.
2. By this stipulation, defendant now moves to continue the Bail Review Motion to February 27, 2018, at 9:00 a.m. before the Honorable Kendall J. Newman.

**IT IS SO STIPULATED.**

DATE: February 7, 2018

                                                /s/   Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Surjit Singh

DATED: February 7, 2018      McGREGOR SCOTT
                             United States Attorney

                              /s/ Lee Bickley
                             LEE BICKLEY
                             Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated: February 8, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE