THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>SURJIT SINGH,<br><br>            Defendant.<br>_____ | Case No.: 2:13-cr-0084-GEB<br><br>DEFENDANT'S STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF J&S<br><br>Date: April 27, 2018<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 27, 2018, is continued to June 15, 2018, at 9:00 a.m. in the same courtroom.   Defendant needs additional time to prepare for sentencing.    The United States does not object to defendant's request for additional time to prepare for sentencing. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | June 15, 2018 |
| Reply or Statement | June 8, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | June 1, 2018 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | May 25, 2018 |

1

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:

May 18, 2018

This is the same schedule adopted by the Court for the sentencing of Surjit Singh's co-defendant Rajeshwar Singh. Dkt. 203.

The defendant Surjit Singh will make no additional motions or requests for bail prior to June 15, 2018.

**IT IS SO STIPULATED.**

DATED: March 29, 2018        By:    /s/ Thomas A. Johnson
                                     THOMAS A. JOHNSON
                                     Attorney for Surjit Singh

DATED: March 29, 2018              MCGREGOR W. SCOTT
                                     United States Attorney

                             By:    /s/ Lee Bickley
                                     LEE BICKLEY
                                     Assistant United States Attorney

**<u>ORDER</u>**

**IT IS SO ORDERED.**

**Dated:  March 30, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge