| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| 2 | KRISTY M. HORTON, #271250 |
|   | Law Office of Thomas A. Johnson |
| 3 | 400 Capitol Mall, Suite 2560 |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 422-4022 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-0084-GEB |
| Plaintiff, | DEFENDANT'S STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF J&S |
| v. | |
| SURJIT SINGH, et al. | Date: June 15, 2018 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for June 15, 2018 for both Surjit Singh and Anita Sharma, is continued to September 7, 2018, at 9:00 a.m. in the same courtroom. Defendants, Surjit Singh and Anita Sharma, need additional time to prepare for sentencing. The United States does not object to defendants' request for additional time to prepare for sentencing. The PSR schedule for Surjit Singh is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | September 7, 2018 |
| Reply or Statement | August 31, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 24, 2018 |

1

This is the same schedule proposed for the sentencing of Surjit Singh's co-defendant Rajeshwar Singh.  Dkt. 224. Anita Sharma's PSR has been finalized and she has already filed her motion for correction of the PSR and sentencing memorandum.

Surjit Singh will make no additional motions or requests for bail prior to September 7, 2018.

**IT IS SO STIPULATED.**

DATED: May 24, 2018					By:	/s/ Thomas A. Johnson
							THOMAS A. JOHNSON
							Attorney for Surjit Singh

DATED: May 24, 2018					By:	/s/ Shari Rusk
							SHARI RUSK
							Attorney for Anita Sharma

DATED: May 24, 2018						MCGREGOR W. SCOTT
								United States Attorney

							By:	/s/ Lee Bickley
								LEE BICKLEY
								Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated:  May 25, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge