McGREGOR W. SCOTT
United States Attorney
LEE S. BICKLEY
KELLI L. TAYLOR
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-00084-GEB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR MONEY JUDGMENT BRIEFING SCHEDULE AND HEARING AS TO DEFENDANT SURJIT SINGH |
| SURJIT SINGH, RAJESHWAR SINGH and ANITA SHARMA, | |
| Defendants. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for Defendant Surjit Singh, Tom Johnson, respectfully propose the following briefing schedule for the United States' Application for a Forfeiture Money Judgment filed on April 13, 2018 [ECF No. 208]: Defendant Surjit Singh to respond no later than August 31, 2018, and the United States to reply no later than September 4, 2018. The briefing schedule is requested to sync the forfeiture money judgment application and sentencing proceedings, currently scheduled on September 7, 2018. The parties further request that the Court hold a hearing on the money judgment application on September 7, 2018 as part of each defendant's sentencing proceeding.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that a hearing be scheduled on September 7, 2018 as part of Defendant

Stipulation and Order

1

Surjit Singh's sentencing, the Defendant to file any response to the United States' application by August 31, 2018, and the United States to file any reply by September 4, 2018.

Dated:   5/24/2018	McGREGOR W. SCOTT
	United States Attorney

	By:	/s/ Kevin C. Khasigian
		KEVIN C. KHASIGIAN
		Assistant U.S. Attorney

Dated:   5/24/2018

	By:	/s/ Thomas A. Johnson
		THOMAS A. JOHNSON
		Counsel for Defendant Surjit Singh

**ORDER**

IT IS SO ORDERED.

Dated: June 13, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge