THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SURJIT SINGH, et al.

    Defendants.

Case No.: 2:13-cr-0084-GEB

DEFENDANT'S STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF J&S

Date: September 7, 2018
Time: 9:00 a.m.
Judge: Garland E. Burrell, Jr.

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencings scheduled for September 7, 2018 for Surjit Singh, Rajeshwar Singh, and Anita Sharma, is continued to November 9, 2018, at 9:00 a.m. in the same courtroom. Defendants, Surjit Singh, Rajeshwar and Anita Sharma, need additional time to prepare for sentencing. Surjit Singh and Rajeshwar Singh request additional time for sentencing in order to sell properties, the proceeds of which will be applied toward the restitution, forfeiture and fines. Anita Sharma is requesting additional time due to a recent hospitalization which precludes her from being available on the currently scheduled date. The United States does not object to defendants' request for additional time to prepare for sentencing. The PSR schedule for Surjit and Rajeshwar Singh is to be amended as follows:

Judgment and Sentencing date:                               November 9, 2018

1

| | |
|---|---|
| Reply or Statement | November 2, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | October 26, 2018 |

Anita Sharma's PSR has been finalized and she has already filed her motion for correction of the PSR and sentencing memorandum.

      Surjit Singh will make no additional motions or requests for bail prior to November 9, 2018.

**IT IS SO STIPULATED.**

DATED: August 31, 2018     By: /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Surjit Singh

DATED: August 31, 2018     By: /s/ Patrick Hanly
PATRICK HANLY
Attorney for Rajeshwar Singh

DATED: August 31, 2018     By: /s/ Shari Rusk
SHARI RUSK
Attorney for Anita Sharma

DATED: August 31, 2018     MCGREGOR W. SCOTT
United States Attorney

                          By: /s/ Lee Bickley
LEE BICKLEY
Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.**

**Dated: August 31, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2