McGREGOR W. SCOTT
United States Attorney
LEE S. BICKLEY
KELLI L. TAYLOR
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-00084-GEB |
|---|---|
| Plaintiff, | ORDER TO INCORPORATE MONEY JUDGMENT ORDER INTO JUDGMENT IN A CRIMINAL CASE |
| v. | |
| SURJIT SINGH, ET AL., | |
| Defendants. | |

The Stipulation and Order for Money Judgment entered November 13, 2018, is hereby made final as to defendant Surjit Singh and shall be incorporated into the Judgment in a Criminal Case filed November 19, 2018.

SO ORDERED.
Dated: November 21, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge