Timothy E. Warriner, SB#166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Surjit Singh

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SURJIT SINGH,<br><br>　　　　Defendant | Case No. 2:13-cr-00084 JAM<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE DEFENSE RESPONSE TO GOVERNMENT'S OPPOSITION<br><br>Date: April 16, 2020<br>Time: 2:00 p.m.<br>Court: Judge Kendall J. Newman, U.S. Magistrate Judge |

IT IS HEREBY STIPULATED, by and between Lee S. Bickley, for the government, and Timothy E. Warriner, for Mr. Surjit Singh, that the time to file the defense response to the government's opposition to motion for release pending appeal should be extended from April 10, 2020, to the close of business on Monday, April 13, 2020.

DATED: April 10, 2020　　　　　　　　　/s/ Timothy E. Warriner, Attorney for
　　　　　　　　　　　　　　　　　　　Defendant, Surjit Singh

DATED: April 10, 2020　　　　　　　　　/s/ Lee S. Bickley, Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED, pursuant to the above stipulation, that the defendant's response to the government's opposition to motion for release pending appeal is due by the close of business on Monday, April 13, 2020.

Dated: April 10, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE