1  Timothy E. Warriner, SB#166128
   Attorney at Law
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  tew@warrinerlaw.com
   (916) 443-7141
4
   Attorney for Defendant,
5  Surjit Singh

6                    UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTSRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )  Case No. 2:13-cr-00084 JAM
                                    )
10               Plaintiff,          )  STIPULATION AND ORDER RE
                                    )  REDESIGNATION AND SELF-
11       vs.                         )  SURRENDER OF SURJIT SINGH
                                    )
12  SURJIT SINGH,                    )
                                    )
13               Defendant           )
                                    )
14  _____     )

15       Plaintiff United States of America and defendant Surjit Singh, by and through

16  undersigned counsel of record, hereby stipulate as follows:

17       1. In September of 2020, defendant Surjit Singh was released on bail pending his appeal

18  to the Ninth Circuit. He presently remains out of custody on a secured bond in the amount of

19
    $5,000,000.
20

21       2. Surjit Singh's appeal was denied on March 19, 2021, and the mandate issued on April

22  12, 2021.

23       3. On March 5, 2021, Surjit Singh's son, Nareshwar Vishal Singh, unexpectedly passed

24  away. Funeral services were held at the end of March. Mr. Singh is now attending to family

25  matters, including providing comfort and support to his wife, after the loss of their son.

26

                                      1

4. The parties request that Surjit Singh be re-designated to an institution of the Bureau of Prisons before his surrender.

5. The parties have agreed that Surjit Singh will self-surrender by 1:00 p.m. on June 2, 2021 to the institution designated by the Bureau of Prisons or to the Marshall's Office in Sacramento if his institution is not yet designated as of that date. All conditions of his release will remain in effect pending his surrender.

It is so stipulated this 26th day of April, 2021.


/s/ Lee Bickley
LEE BICKLEY
Assistant U.S. Attorney


/s/ Timothy E. Warriner
TIMOTHY E. WARRINER
Attorney for Defendant
Surjit Singh

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER

IT IS HEREBY ORDERED that defendant Surjit Singh will surrender by 1 p.m. on

Wednesday June 2, 2021 to the institution designated by the Bureau of Prisons or to the

Marshall's Office in Sacramento if the institution is not yet designated as of that date. All

conditions of his release will remain in effect pending his surrender.


 DATED:  April 26, 2021                                    /s/ John A. Mendez
                                                           THE HONORABLE JOHN A. MENDEZ
                                                           UNITED STATES DISTRICT COURT JUDGE

3