Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
Surjit Singh

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:13-cr-00084-JAM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| | ) **REMOVAL OF ELECTRONIC** |
| vs. | ) **MONITORING DEVICE** |
| | ) |
| SURJIT SINGH, | ) |
| | ) |
| Defendant. | ) |

Mr. Surjit Singh has been ordered to self-surrender on June 28, 2021 and has been

designated to FCI La Tuna, in New Mexico. Pursuant to the request of the U.S. Pretrial Services

officer, and in order to allow Mr. Surjit Singh to travel to FCI La Tuna, it is hereby stipulated by

and between counsel for the defendant and counsel for the government, that Mr. Surjit Singh's

ankle transmitter be removed by 12:00 p.m. on June 25, 2021. He will not be electronically

monitored from the time the device is removed to his self-surrender at FCI La Tuna. Pretrial

Services will confirm Mr. Surjit Singh's travel itinerary and he will call his Pretrial Services

officer from the hotel each night.

DATED: June 24, 2021            /s/ Timothy E. Warriner, Attorney for Mr. Surjit
                                Singh

DATED: June 24, 2021            /s/ Lee S. Bickley, Assistant U.S. Attorney,
                                Attorney for the government


IT IS SO ORDERED.


Dated:  June 24, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE