Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Surjit Singh

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:13-cr-00084-JAM |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER FOR EXONERATION OF BOND |
| vs. | ) |
| SURJIT SINGH, | ) |
| Defendant. | ) |

On September 11, 2020, Mr. Surjit Singh was released on a $5,000,000 bond secured by real property. Docket Entry 339. The deeds of trust securing Mr. Surjit Singh's release were thereafter lodged with the court. Docket Entries 341, 347, 348, 349, 350, 351, 352, 353.

After his case was affirmed on appeal, Mr. Surjit Singh self-surrendered to serve his sentence on June 28, 2021. He is now serving sentence pursuant to the order of the court.

Therefore, it is requested that the secured bond be exonerated and that the Court reconvey the security interests, to wit, the deeds of trust.

DATED: July 23, 2021          /s/ Timothy E. Warriner, Attorney for Defendant, Surjit Singh


DATED: July 23, 2021          /s/ Lee Bickley, Assistant U.S. Attorney for the Government

<u>ORDER</u>

GOOD CAUSE APPEARING, and pursuant to the above stipulation, the secured bond is hereby exonerated. The Clerk of the Court is directed forthwith to reconvey the security interests, to wit, the deeds of trust. The reconveyance of the properties securing the bond should be mailed to defense counsel: Timothy Warriner, Esq., 455 Capitol Mall, Suite 802, Sacramento, CA 95814.

DATED: July 26, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE