

# United States District Court
# Eastern District of California

| United States of America | Case Number: 2:13-cr-00084-JAM-1 |
|---|---|
| Plaintiff(s) | |

V.

| Surjit Singh | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jeremy Brian Gordon _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
defendant Surjit Singh

On _____ 05/04/2007 _____ (date), I was admitted to practice and presently in good standing in the
_____ Supreme Court of Texas _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ■ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: 5/18/22 _____          Signature of Applicant: /s/ Jeremy Brian Gordon _____

**Pro Hac Vice Attorney**

Applicant's Name:                    Jeremy Brian Gordon

Law Firm Name:                      Law Office of Jeremy Gordon

Address:                                  1848 Lone Star Road, Suite 106


City:                                         Mansfield                    State:    TX     Zip:   76063

Phone Number w/Area Code:   (972) 483-4865

City and State of Residence:    Irving, Texas

Primary E-mail Address:          jeremy@gordondefense.com

Secondary E-mail Address:      ecf@gordondefense.com


I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:            Michael E Hansen

Law Firm Name:                      Michael E Hansen, Attorney

Address:                                  711 Ninth Street, Suite 100


City:                                         Sacramento                  State:    CA     Zip:      95814

Phone Number w/Area Code:   (916) 438-7711                  Bar #        191737


## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.


Dated:   May 25, 2022                          /s/ John A. Mendez
                                                              JUDGE, U.S. DISTRICT COURT