UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>SURJIT SINGH,<br><br>              Defendant. | Case No. 2:13-cr-00084-JAM<br><br><br>RELATED CASE ORDER |
| JPMORGAN CHASE BANK, N.A.,<br>(and its Successors and Assignees)<br><br>              Garnishee. | Case No. 2:22-mc-00184-KJM-JDP |
| BANK OF AMERICA, N.A.,<br>(and its Successors and Assignees)<br><br>              Garnishee. | Case No. 2:19-mc-00057-KJN |

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under

Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:22-mc-00184-KJM-JDP and 2:19-mc-00057-KJN be reassigned to Judge John A. Mendez and Magistrate Judge Kendall J. Newman for all further proceedings, and any dates currently set in the reassigned cases only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:22-mc-00184-JAM-KJN and 2:19-mc-00057-JAM-KJN.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: August 30, 2022        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE