PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SURJIT SINGH,<br><br>  Defendant. | CASE NO. 2:13-CR-0084 JAM KJN P<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO VACATE UNDER 28 U.S.C. § 2255; [PROPOSED] ORDER |

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255 on August 3, 2022. ECF 415. On August 8, 2022, the Court ordered the respondent to respond within 30-days. ECF 418. The government's response is currently due September 7, 2022.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

STIPULATION RE BRIEFING SCHEDULE         1

      a)     The government's response to the defendant's motion to be filed on or before November 4, 2022;

      b)     The defendant's traverse to be filed 30-days after the government's files its response.

IT IS SO STIPULATED.

Dated: August 19, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ LEE S. BICKLEY
LEE S. BICKLEY
Assistant United States Attorney

Dated: August 19, 2022

/s/ JEREMY GORDON
JEREMY GORDON
Counsel for Defendant
SURJIT SINGH

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

      a)     The government's response to the defendant's motion, ECF 409, is due on or before November 4, 2022; and

      b)     The defendant's traverse, if any, is due 30-days after the government files its response.

IT IS SO ORDERED.

Dated: August 31, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/singh.sur.mod.brf

STIPULATION RE BRIEFING SCHEDULE     2