Jeremy Gordon
Jeremy Gordon, PLLC
1848 Lone Star Road, Suite 106
Mansfield, Texas 76063
Tel: (972) 483-4865
Fax: (972) 584-9230
Jeremy@gordondefense.com
TX Bar No. 24049810

*Counsel Pro Hac Vice for Surjit Singh*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff-Respondent,<br><br>vs.<br><br>SURJIT SINGH,<br><br>         Defendant-Movant. | Case No.: 2:13-cr-00084-JAM-1<br><br>**ORDER ON NOTICE OF REQUEST TO SEAL DOCUMENTS** |

Presently before the Court is Defendant Surjit Singh's request to seal documents as an exhibit to Singh's motion under 18 U.S.C. § 3582(c)(1)(A). After considering the matter, the request is hereby **GRANTED**. Singh's Exhibit B to his motion under 18 U.S.C. § 3582(c)(1)(A) shall be **SEALED** until further order of the Court.

Dated: December 14, 2023     /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE