Jeremy Gordon
Jeremy Gordon, PLLC
1848 Lone Star Road, Suite 106
Mansfield, Texas 76063
Tel: (972) 483-4865
Fax: (972) 584-9230
Jeremy@gordondefense.com
TX Bar No. 24049810

*Counsel Pro Hac Vice for Surjit Singh*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Respondent,<br><br>vs.<br><br>SURJIT SINGH,<br><br>        Defendant-Movant. | Case No.: 2:13-cr-00084-TLN-1<br><br>**ORDER ON NOTICE OF REQUEST TO SEAL DOCUMENTS** |

Presently before the Court is Defendant Surjit Singh's request to seal documents as an exhibit to Singh's motion under 18 U.S.C. § 3582(c)(1)(A). After considering the matter, the motion is hereby GRANTED. Singh may submit Exhibit B as an exhibit to his motion under 18 U.S.C. § 3582(c)(1)(A) which will be placed under protective seal of Court.

Done and Ordered this 14th day of December, 2023.

_____
Troy L. Nunley
United States District Judge

1