PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
KELLI TAYLOR
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00084-TLN-KJN |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| SURJIT SINGH, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on December 11, 2023. Docket No. 433. Pursuant to Local Rule, the government's response is currently due December 18, 2023.

2. Counsel for the government requests additional time to obtain relevant records from the Bureau of Prisons and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before January 18, 2024;

        b)      The defendant's reply to the government's response to be filed on or before February 1, 2024.

        IT IS SO STIPULATED.

Dated: December 18, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ *Lee S. Bickley*
LEE S. BICKLEY
Assistant United States Attorney

Dated: December 18, 2023

/s/ *Jeremy Gordon*
JEREMY GORDON
Attorney for Defendant
SURJIT SINGH

### ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)      The government's response to the defendant's motion, (Docket No. 433), is now due on or before January 18, 2024;

    b)      The defendant's reply to the government's response, if any, is due on February 1, 2024.

IT IS SO FOUND AND ORDERED this 19th day of December, 2023.

_____
Troy L. Nunley
United States District Judge