UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-0084-TLN-CSK |
| Respondent, | Related Case: 2:22-cv-1371-TLN-CSK |
| v. | |
| SURJIT SINGH, | **ORDER** |
| Movant. | |

Movant Surjit Singh, a federal prisoner proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (ECF No. 415.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 20, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 481.) Movant filed objections to the findings and recommendations which the Court has considered.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 481) are ADOPTED in full.

2.    Movant Surjit Singh's motion to vacate, set aside, or correct his sentence (ECF No. 415) pursuant to 28 U.S.C. § 2255 is DENIED.

3.    The Clerk of the Court is directed to close the companion civil case No. 2:22-cv-1371-TLN-CSK.

4.    The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

Date: July 6, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2